IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FREEDOM PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>TCL ELECTRONICS HOLDINGS LIMITED F/K/A TCL MULTIMEDIA TECHNOLOGY HOLDINGS, LTD., TCL TECHNOLOGY GROUP CORPORATION F/K/A TCL CORP., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) COMPANY LIMITED, TCL MOKA INTERNATIONAL LIMITED, TCL SMART DEVICE (VIETNAM) CO., LTD., TCT MOBILE INTERNATIONAL LIMITED, and HUIZHOU TCL MOBILE COMMUNICATION CO., LTD.,<br><br>  Defendants. | CIVIL ACTION NO. 4:23-cv-420-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff Freedom Patents LLC ("Freedom Patents") and Defendants TCL Electronics Holdings Limited f/k/a TCL Multimedia Technology Holdings, Ltd., TCL Technology Group Corporation f/k/a TCL Corp., TCL King Electrical Appliances (Huizhou) Company Limited, TCL MOKA International Limited, TCL Smart Device (Vietnam) Co., Ltd., TCT Mobile International Limited, and Huizhou TCL Mobile Communication Co., Ltd. (collectively, "TCL" or "Defendants"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Freedom Patents against TCL in this action are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over Freedom

Patents and TCL to enforce the settlement agreement between Freedom Patents and TCL.  It is further

**ORDERED** that Freedom Patents and TCL shall bear their own costs, expenses, and legal fees in this case.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE